**CASE CLOSED** 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION          DATE_____

DAVID E. DEWBERRY,

      Plaintiff,

v.                                                                    Case No. 04-74620



CITY OF DETROIT STREET
MAINTENANCE,

      Defendant.

HONORABLE DENISE PAGE HOOD



_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated April 29, 2005. Neither Party has filed objections to this Report.

Magistrate Judge Pepe concluded that this Court lacks subject matter jurisdiction and that Plaintiff has failed to state a claim upon which relief may be granted. The Magistrate recommended this Court grant Defendant's Motion for Summary Judgment and dismiss Plaintiff's action.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusion for the proper reasons.

Accordingly,

IT IS ORDERED that the Report and Recommendation of Magistrate Judge Steven D. Pepe, dated April 29, 2005, is ACCEPTED and ADOPTED as this Court's findings and conclusions of law.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment **[Docket No. 20, filed October 6, 2004]** is GRANTED.

IT IS FURTHER ORDERED that this matter is DISMISSED without prejudice.

                                                                                                   /s/ Denise Page Hood
                                                                                                   DENISE PAGE HOOD
                                                                                                   United States District Judge

DATED: MAY 2 4 2005